# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:07-CR-00229-HZ-1 |
| Plaintiff, | |
| v. | ORDER TO REDUCE SENTENCE |
| JOSHUA RYAN SPARKS, | |
| Defendant. | |

The defendant, Joshua Ryan Sparks, through his attorney, Thomas E. Price, and together with the attorney for the government, Assistant United States Attorney Amy E. Potter, jointly moved this Court pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) to reduce his sentence to time served.

As amended by the First Step Act, the compassionate release statute allows courts to reduce sentences for "extraordinary and compelling" reasons. Thirty days have elapsed since Mr. Sparks initiated a request for compassionate release consideration with the warden of FCI Mendota. Accordingly, this motion is properly before this Court.

As confirmed by BOP medical records, Mr. Sparks is 42 years old and suffers from: Asthma, Hypothyroidism, Type 2 Diabetes, chronic pulmonary/respiratory issues, Morbid

Page 1   ORDER TO REDUCE SENTENCE

Obesity, Major Depressive Disorder, and ADHD.  Mr. Sparks is also being treated for high blood pressure and high cholesterol.  Mr. Sparks remains in custody at FCI Mendota.

Based on all of the relevant circumstances, the parties agree that this case presents extraordinary and compelling reasons to reduce Mr. Sparks' sentence to time served. Additionally, the parties agree that the requested sentence reduction would be consistent with the sentencing factors under 18 U.S.C. § 3553(a) and the applicable policy statement in U.S.S.G. § 1B1.13.

Mr. Sparks has a release plan which includes residing at the NWRRC, and thereafter obtaining suitable clean and sober housing.

For all of the foregoing reasons, the Court finds that compassionate release should be granted and ORDERS that Mr. Sparks sentence be amended to one of time-served.

It is so ORDERED.

Dated this __8__ day of January 2021.

*Marco Hernandez*
The Honorable Marco A. Hernandez
Presiding United States District Court Judge